STATE EX REL. CARROLL, GUARDIAN, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

(No. 3,655.)

(Submitted March 29, 1915. Decided April 13, 1915.)

[148 Pac. 314.]

*Supervisory Control — Disqualification of District Judges—Deprivation of Right — Abuse of Discretion.*

1. A proceeding looking to the removal of a guardian of the person and estate of an incompetent was transferred from one depart-

ment to another of a district court, ten minutes before the closing hour of the business day; the judge of the latter department on the next day made an order setting the hearing for 3 o'clock P. M. of the same day, service being made upon the guardian at 10:30 o'clock A. M.  *Held,* under *State ex rel. Carroll* v. *District Court, ante,* p. 506, that the order setting the hearing for the hour at which it was fixed was an abuse of discretion,. and therefore void.

Original application for writ of supervisory control to review an order of the District Court of Lewis and Clark County, and J. M. Clements, a judge thereof, setting the day of hearing of a cause.  Order annulled.

*Messrs. Galen & Mettler* and *Mr. Ed. Phelan,* for Relator.

*Mr. Wellington D. Rankin,* for Respondents.

MR. JUSTICE SANNER delivered the opinion of the court.

On March 3, 1915, a petition by Anna E. Nett was filed in department No. 2 of the district court of Lewis and Clark county, Hon. J. Miller Smith, judge presiding, praying for the removal of Joseph J. Carroll as guardian of the person and estate of Mary Murphy, incompetent.  Thereafter, and at 4:50 P. M. on March 24, she presented to Judge Smith an affidavit imputing bias and prejudice to him in the matter of said guardianship, whereupon the same was transferred to department No. 1, Hon. J. M. Clements, Judge.  On March 25 Judge Clements made an order setting the hearing of the petition to remove the guardian for the same day at 3 o'clock P. M., directing notice of such hearing to be served before noon, and service was made upon the guardian at 10:30 o'clock in the morning.  Thereafter, and before 3 o'clock P. M. of that day, the guardian filed his affidavit seeking to disqualify Judge Clements, but this the judge has ignored and intends to ignore.  This court is asked, under its supervisory power, to annul the order referred to as an abuse of discretion by Judge Clements, the specific contention being that the guardian was thereby deprived of his right of disqualification.  Under the authority of *State ex rel. Carroll* v. *District*

*Court, ante,* p. 506, 147 Pac. 312, the order complained of is annulled.

*Order annulled.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY concur.